# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS**                                                                    (501) 604-5351
   **CLERK**

February 22, 2024

Colin C. Heaton
Heaton & Harris LLP
Post Office Box 111
Hot Springs, AR 71902-0111

Re:    Deficiency Filing #1 Notice of Removal
       Case No. 2:24-CV-00031-LPR-JTK, Hamner v. Arkansas County Sheriff's Department et al

Dear Mr. Heaton:

The Clerk's office reviewed the above-referenced document, which was filed conventionally in paper, and found it to be deficient as follows:

Lacks an original signature (F.R.Cv.P. 11(a) and Local Rule 5.5(c)(1)).

To correct a document that has been filed, please send the corrected document in paper to the Clerk's office. The original document will remain on the docket sheet, and the response time will run from the date of the original filing.  Please electronically file a new supporting brief, corporate disclosure statement, or diversity disclosure statement.

Sincerely,

TAMMY H. DOWNS, CLERK

By:   L. Gutierrez
           Deputy Clerk